UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIN LEA JESS,

                          Plaintiff,

         v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                          Defendant.

Case No. C16-1476 RSM

ORDER AFFIRMING
ADMINISTRATION'S DECISION TO
DENY BENEFITS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge  Karen L. Strombom, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation; and

(2)    the administrative decision is AFFIRMED.

DATED this 5th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1